# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 16-42260 |
| DAVID JOHN | § | |
| JESSIE M. THOMAS | § | CHAPTER 13 |
| DEBTOR(S) | § | |

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Fifth Third Bank (hereinafter "Fifth"), a secured creditor in the above-entitled and numbered case, filing this Objection to Confirmation of Chapter 13 Plan, and in support hereof represents:

1. The above-styled Debtor(s) filed a voluntary petition under Chapter 13 of Title 11, United States Bankruptcy Code, on December 8, 2016.

2. Debtor(s) is indebted to Fifth pursuant to a Retail Installment Contract and Security Agreement (the "Agreement") that is secured by a properly perfected security interest in Motor Vehicle Lien described as a 2012 NISSAN QUEST-V6, VIN: JN8AE2KP6C9034993 (the "Collateral").

3. Fifth filed its proof of claim in the amount of $6,213.07 (the "Claim").

4. Debtor(s) Chapter 13 Plan (the "Plan") does not provide for the claim.

5. Fifth objects to confirmation of the Plan because:

    a. it does not provide for the claim.

WHEREFORE, PREMISES CONSIDERED, Fifth prays that this Court deny confirmation of the Plan and grant it such other and further relief at law and in equity as is just.

Respectfully submitted,
Buckley Madole, P.C.

/s/ LynAlise K. Tannery
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
LynAlise K. Tannery / TBN 24083941
Attorneys and Counselors
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BuckleyMadole.com
Attorney for Fifth Third Bank

3061-N-0546

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 23 day of December 2016:

Debtor's Attorney
Robert E. Barron
Attorney At Law
P.O. Box 1347
Nederland, Texas 77627-1347

Debtor
David John
517 Avalanche Dr.
Murphy, Texas 75094-3667

Debtor
Jessie M. Thomas
517 Avalanche Dr.
Murphy, Texas 75094-3667

U.S. Trustee
110 North College Avenue, Suite 300
Tyler, Texas 75702

Chapter 13 Trustee
Carey D. Ebert
P.O. Box 941166
Plano, Texas 75094-1166

Wylie ISD
c/o Dustin L. Banks
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
1919 S. Shiloh Rd., Suite 310
Garland, TX 75042

16-42260

/s/ LynAlise K. Tannery
Michael J. Burns
Sammy P. Hooda
LynAlise K. Tannery

3061-N-0546